**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6962

_____

JEROME MCFADDEN,

              Plaintiff - Appellant,

         v.

S. B. LEWIS, Associate Warden; FRANK MURSIER, Major McCI; L.
CARTELEDGE,    Warden    at   McCI   McCormick   Correctional
Institution,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.
(0:12-cv-01627-MGL-PJG)

_____

Submitted:  November 20, 2014      Decided:  November 25, 2014

_____

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam.

_____

Jerome McFadden, Appellant Pro Se.  Brandon Paul Jones, Daniel
Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome McFadden seeks to appeal the district court's text order denying his motion seeking reconsideration of several nondispositive orders issued by the magistrate judge, including orders denying his motions for appointment of counsel and for an extension of time to complete discovery, and an order granting in part and denying in part McFadden's motion to stay Defendants' summary judgment motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order McFadden seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED